**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                                 )<br>            Plaintiff,                     )<br>                                                 )<br>vs.                                           )<br>                                                 )<br>Victor Zuniga-Mora,,                 )<br>                                                 )<br>            Defendant.                  )<br>                                                 )<br>_____) | CR -05-952-1-PHX-NVW<br><br>**NOTICE TO COUNSEL** |

It has come to the Court's attention that due to a technical error, the dialogue in open court on the Defendant's refusal to go forward with the plea proceeding on November 29, 2005 before the undersigned, was not recorded contrary to the belief of the Court, Counsel, Defendant and all other persons present in the courtroom that day.

Title 28 U.S.C. § 753(b) requires that "all proceedings in criminal cases had in open court" shall be "recorded verbatim by shorthand, mechanical means, electronic sound recording or any other method . . . ."  The requirements of § 753(b) are mandatory. <u>United States v. Piascik</u>, 559 F.2d 545 (9th Cir. 1977).

In view of the technical error which resulted in the inadvertent failure to record the proceedings conducted on November 29, 2005 and sufficient time exists prior to the current trial date of January 3, 2006, the Court is willing to schedule a hearing to recreate a record not actually made on November 29, 2005.  If either or both counsel believe such

1  recreation of the November 29 record is reasonably necessary, counsel may contact the
2  Court's Judicial Assistant, Vickie Guidas, at (602) 322-7620 to reset the matter.
3      Dated this 6th day of December, 2005.

                              Lawrence O. Anderson
                              United States Magistrate Judge